# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

*Candrice Boyd*

Plaintiff(s)

vs.

*BJC Memorial Hospital*

Defendant(s)

Case Number:

## MOTION FOR RECRUITMENT OF COUNSEL

**NOTE: Failure to complete all items in this form may result in the denial of this motion.**

1. I, *Candrice Boyd*, am the (check appropriate box) ☒ plaintiff ☐ defendant in this case, I am unable to afford the services of an attorney, and I ask the Court to recruit counsel to represent me in this case. I understand that the Court will attempt to recruit counsel to represent me only if certain criteria are met.

2. I have tried to find an attorney to take my case by doing the following: **(Describe in detail everything you have done to try to get an attorney to take your case so the judge can determine whether you have made a reasonable effort to obtain representation and attach copies of any documents which show you have tried to find an attorney – use additional pages if necessary.)** *I've called & spoke with over twenty attorney's due to the time frame of the EEOC deadline they refused.*

    In spite of my efforts, I have been unable to find an attorney, because: *I will continue to see counsel. Due to the holidays, most are out of the office.*

3. Check the appropriate box:
    ☒ I am not now, and previously have not been, represented by an attorney recruited or appointed by the Court in this or any other civil or criminal case before this Court.
    ☐ I am now, or previously have been, represented by an attorney recruited or appointed by the Court in the case(s) described on the next page.

4. Check the appropriate box:
   - [x] I have attached to this motion an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.
   - [ ] I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is a true and correct representation of my current financial status.
   - [ ] I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, but my financial status has changed. I have attached an Amended Application to Proceed *In Forma Pauperis* showing my current financial status.

5. The highest level of education I have completed is (check appropriate box):
   - [ ] Grade school only
   - [ ] Some high school
   - [ ] High school graduate
   - [ ] Some college
   - [x] College graduate
   - [ ] Post-graduate

6. I believe that I am not able to represent myself, because
   - [ ] English is not my primary language (**check only if applicable**); and/or
   - [ ] I cannot speak, write, and/or read English very well because (**check only if applicable and explain**):
   - [x] Other (please explain): Details of the Case.

7. Finally, I state that I am taking the following medications (list all medications or attach a list on a separate sheet): Flexeril, Eliquis, Gabapentin,

8. As indicated in paragraph three on the first page of this motion, an attorney has represented me in the following cases before this Court (attach additional pages, if necessary):

| Assigned Judge: _____ | Case Number: _____ |
| --- | --- |
| Case Title: _____ ||
| Attorney Name: _____ ||
| If this case is still pending, please check box [ ] ||

| Assigned Judge: _____ | Case Number: _____ |
| --- | --- |
| Case Title: _____ ||
| Attorney Name: _____ ||
| If this case is still pending, please check box [ ] ||

I declare under penalty of perjury that the foregoing is true and correct.

_____  
Movant's Signature

12/18/23  
Date

546 Newkirk Cir.  
Street Address

St. Peters, MO · 63303  
City, State, Zip

# ILLINOIS DEPARTMENT OF
# Human Rights

JB Pritzker, Governor
James L. Bennett, Director

September 25, 2023

CANDRICE BOYD
546 NEWKIRK CIR.
SAINT CHARLES, MO 63303

Re: **CANDRICE BOYD vs BJC MEMORIAL HOSPITAL BELLEVILLE #240925.024**

Dear Complainant:

You are receiving this letter because you filed a charge with the United States Equal Employment Opportunity Commission (EEOC). The EEOC and the Illinois Department of Human Rights (Department) are parties to a cooperative agreement. Under this agreement, when you filed your charge of discrimination with the EEOC, a copy of the charge was automatically filed with the Department. The Department is keeping a copy of your EEOC charge on file to preserve jurisdiction under Illinois law.

Since you filed your discrimination charge initially with the EEOC, the EEOC is the governmental agency responsible for investigating the charge and the investigation will be conducted pursuant to the rules and procedures adopted by the EEOC. The Department will take no action on your charge until the EEOC issues its findings. **After the EEOC issues its findings**, if you want the Department to take any further action on your charge, you must send the Department a copy of the EEOC's findings within 30 days after service of the EEOC's findings on you. Please also send a one sentence written statement requesting that the Department investigate your charge and include the above Control Number. You may submit a copy of the EEOC's findings by either of the following methods:

**By Mail:** Send your EEOC findings and written statement via U.S. Postal certified mail, return receipt requested, to: Illinois Department of Human Rights, Attn: EEOC Referred Charges/Intake Unit, 555 West Monroe, 7th Floor, Chicago, IL 60661.

**In Person:** Bring an original and one copy of your EEOC findings and written statement to the Department. The Department will stamp and return the copies to you for your records.

If you received the EEOC's findings prior to receipt of this letter, you have 30 days from the date of this letter to send the Department a copy of the EEOC's findings. Upon receipt of the EEOC's findings, the Department will mail you a notice as to what further action the Department may take on your charge.

The 365-day time period for the Department to investigate your EEOC charge is tolled while the EEOC is investigating your charge and does not begin to run until the EEOC issues its findings. Your failure to timely provide the EEOC's findings to the Department will result only in the Department closing your file. **This process does not affect the investigation of your charge at EEOC.** If you do not wish to proceed with the Department, you do not need to take any further action.

This letter **does not apply** to any settlement of this charge the parties have made with the EEOC.

**If you have any questions, please contact Thomas F. Roeser, Pre-Investigations Coordinator, at (312) 814-6295. Please do not contact the EEOC.**

ILLINOIS DEPARTMENT OF HUMAN RIGHTS.

PRE1-EEOC 30
Rev 8/22

555 West Monroe Street, 7th Floor, Chicago, IL 60661, (312) 814-6200, TTY (866) 740-3953, Housing Line (800) 662-3942
524 S. 2nd Street, Suite 300, Springfield, IL 62701 (217) 785-5100
2309 West Main Street, Marion, IL 62959 (618) 993-7463
www.illinois.gov/dhr

CC: BJC MEMORIAL HOSPITAL BELLEVILLE
1404 CROSS STREET
SHILOH, IL 62269

EEOC Form 5 (11/09)

| | | |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ EEOC<br>☐ FEPA | Agency(ies) Charge No(s):<br>560-2023-00589 |

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Ms. Candrice Boyd | 314-250-1810 | 1972 |

Street Address
546 NewKirk Cir
SAINT CHARLES, MO 63303

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| BJC Memorial Hospital Belleville | 501+ Employees | |

Street Address
1404 Cross Street
SHILOH, IL 62269

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address

**DISCRIMINATION BASED ON**

Retaliation, Disability

**DATE(S) DISCRIMINATION TOOK PLACE**

Earliest: 12/01/2022
Latest: 06/07/2023

☐ Continuing Action

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I was hired with the above reference respondent in August 2018. In or about July 2021, I was injured on the job and seen by BJC's company doctor for my workers compensation injury case. The company denied treatment/refused to refer out for all injuries that occurred thereby extending pain and financial burden and ultimately an illegal ending of my worker's compensations benefits which forced me to file for short-term disability benefits. In October 2022, BJC Workers Compensation ended my benefits. Respondent terminated my employment on December 1, 2022 I believe I was denied benefits, terminated and retaliated against because I filed a workers compensation claim.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

*[Signature: Candrice Boyd]*

Date: 8/1/2023    Charging Party Signature

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

St. Louis District Office
1222 Spruce St, Rm 8 100
St Louis, MO 63103
(314) 798-1960
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/20/2023

**To:** Ms. Candrice Boyd
546 NewKirk Cir
Saint Charles, MO 63303

Charge No: 560-2023-00589

EEOC Representative and email: ANDREW BITUIN
Federal Investigator
andrew.bituin@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 560-2023-00589.

On behalf of the Commission,

Catherine A. Welker
Digitally signed by Catherine A. Welker
Date: 2023.09.20 17:34:25 -05'00'

p.p.
David Davis
Acting District Director

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request

Enclosure with EEOC Notice of Closure and Rights (01/22)

identifying your request as a "FOIA Request" for Charge Number 560-2023-00589 to the District Director at David Davis, 1222 Spruce St Rm 8 100

St Louis, MO 63103.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 560-2023-00589 to the District Director at David Davis, 1222 Spruce St Rm 8 100

St Louis, MO 63103.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

### NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**"Actual" disability or a "record of" a disability**

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- ✓ **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.
- ✓ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.
- ✓ **Only one** major life activity need be substantially limited.
- ✓ Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications)

- **are not considered** in determining if the impairment substantially limits a major life activity.
- ✓ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.
- ✓ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

### "Regarded as" coverage

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

- ✓ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.
- ✓ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.
- ✓ A person is not able to bring a failure to accommodate claim **if the individual is covered only under the "regarded as" definition of "disability"**.

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability. For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.*