IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CANDRICE BOYD,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**PROTESTANT MEMORIAL MEDICAL CENTER, INC., d/b/a MEMORIAL HOSPITAL BELLEVILLE,**<br><br>      **Defendant.** | Case No. 3:23-CV-3961-NJR |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court on Defendant Protestant Memorial Medical Center, Inc.'s Motion to Stay Discovery. (Doc. 206). The motion was filed one day before the scheduled deposition of Plaintiff Candrice Boyd, without any courtesy notice to the Court, and on the heels of a motion hearing in which the Court ordered the deposition to go forward. Defendant indicates it is concerned that Boyd cannot give competent deposition testimony due to her prescribed medications and that it will have to move to compel Boyd to be re-deposed at a future date.

Defendant's motion is **DENIED**. First, due to its last-minute filing, the Court did not review the motion prior to the scheduled deposition time and presumes the deposition went forward as scheduled. And second, as discussed at the October 2, 2025 hearing, Boyd's deposition is required to move this case forward. Delaying the deposition now could mean delaying it indefinitely, as it is unclear if or when Boyd will cease taking prescribed narcotic medication. To the extent Defendant needs to re-depose Boyd in the

future, it may move for leave to do so.

Finally, it has come to the Court's attention that although Boyd has electronic filing privileges, she drives to the East St. Louis Courthouse nearly every day from her home in St. Peters, Missouri, to file documents in this case. This information regarding Boyd's travel contravenes her representations to the Court that driving while on her medications poses a safety risk and that she cannot drive long distances because it aggravates her medical condition. The Court will not tolerate such misrepresentations and **ADVISES** Boyd that truthfulness is required in all dealings with the Court and opposing counsel.

**IT IS SO ORDERED.**

DATED:   October 7, 2025

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**